R# 149044

| Date: 09/11/09 | | | Page: 1 |
|---|---|---|---|

**DIVIDENDS REMITTED TO THE COURT**

Case Number 07-19764 - KRITZER, BRYAN SCOTT

| Creditor | Claim No. | Amount Allowed | Amount Paid | |
|---|---|---|---|---|
| DFS SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | 000001 | 5,995.37 | 3.01 | OK 105 |
| CHASE BANK USA<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE WA 98124-3978 | 000003 | 8,542.30 | 4.29 | OK 106 |
| BARCLAYS BANK DELAWARE<br>C/O B-LINE LLC<br>MS 550<br>PO BOX 91121<br>SEATTLE WA 98111-9221 | 000005 | 1,524.11 | 0.77 | OK 107 |
| ATTORNEY GENERAL OF THE STATE OF OHIO<br>COLLECTION ENFORCEMENT<br>150 E GAY STREET 21ST FLOOR<br>COLUMBUS OH 43215 | 000006 | 887.00 | 0.45 | OK 108 |
| ECAST SETTLEMENT CORPORATION<br>PO BOX 35480<br>NEWARK NJ 07193-5480 | 000007 | 5,683.71 | 2.86 | OK 109 |
| AMERICAN INFOSOURCE LP<br>DEPT 422<br>PO BOX 436<br>HOUSTON TX 77210-4346 | 000009 | 6,364.01 | 3.19 | OK 111 |

---------- Remittance Total ----------       28,996.50       14.57

*[signature]*

BRIAN A. BASH, TRUSTEE